UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH O'KELLEY,<br><br>            Plaintiff,<br><br>v.<br><br>UNITRIN, INC. EMPLOYEE LONG TERM DISABILITY BENEFITS PLAN, and TRINITY UNIVERSAL INSURANCE CO. SHORT TERM DISABILITY PLAN,<br><br>            Defendants. | No. CV-04-301-CI<br><br>ORDER GRANTING MOTION TO DISMISS |

    BEFORE THE COURT is the parties' stipulated motion to dismiss.

    **IT IS ORDERED** that the motion **(Ct. Rec. 26)** is **GRANTED.** This action is **DISMISSED WITH PREJUDICE** and without an award of costs or attorney fees to either party. The file shall be closed.

    DATED November 18, 2005.


                              S/ CYNTHIA IMBROGNO
  &nbsn;                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO DISMISS - 1